379 A.2d 599

Commonwealth v. Mathis, Appellant.

Submitted December 6, 1976. Philip D. Lauer, for appellant; John E. Gallagher, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

379 A.2d 599

Commonwealth v. Miller, Appellant.

Submitted March 14, 1977. William H. Kaye, Assistant Public Defender, for appellant; William C. Cramer, Assistant District Attorney, and John R. Walker, District Attorney, for Commonwealth, appellee.

Order affirmed.

379 A.2d 600

Commonwealth v. Miller, Appellant.